# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON ALEXANDER FAVOR,<br><br>Plaintiff,<br><br>v.<br><br>JANELLE MONAE, et al.,<br><br>Defendants. | Case No. 1:19-cv-00081-LJO-SKO<br><br>**ORDER DIRECTING CLERK'S OFFICE TO RE-DESIGNATE ACTION FROM 440 (CIVIL RIGHTS: OTHER) TO 550 (CONDITIONS OF CONFINEMENT)**<br><br>**(Doc. 1)** |

Proceeding *pro se*, Plaintiff, Brandon Alexander Favor, filed a civil action on January 17, 2019. (Doc. 1.) Upon review of Plaintiff's allegations, the Court has determined that Plaintiff's case is properly characterized as a prisoner civil rights case based on conditions of confinement under 42 U.S.C. § 1983.

Accordingly, the Court HEREBY ORDERS the Clerk of the Court to re-designate this action from 440 (civil rights: other) to 550 (conditions of confinement).

IT IS SO ORDERED.

Dated: **January 23, 2019**        /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

1